In the Matter of CLAUDE WATERS, et al., Respondents, against ELLSWORTH B. BUCK, et al., Constituting the Board of Education of the City of New York, et al., Appellants.

Argued April 7, 1943; decided May 27, 1943.

*Thomas D. Thacher, Corporation Counsel* (*Nicholas Bucci* and *Paxton Blair* of counsel), for appellants.

*Jacob E. Heller* for John J. Kassner, *amicus curiae,* in support of appellants' position.

*Albert De Roode* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.